UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-14046-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

STEVEN LEE OAKES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Chief Magistrate Judge Frank J. Lynch Jr, on March 31, 2016. A Report and Recommendation was filed on April 15, 2016, [ECF No. 462], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 462], of Chief United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

    The Defendant is adjudged guilty to Counts One, Two, Three, Four, Five, Six, and Nine of the Indictment, which charges the Defendant in,

    Count One with conspiracy to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine.

    Counts Two, Three, Four, Five and Nine, with possession with intent to distribute five (5) grams or more of methamphetamine, and in

Count Six with possession with intent to distribute fifty (50) grams or more of methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 846.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of May, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Chief Magistrate Judge Lynch, Jr.
All Counsel Of Record